2013 APR 19 A 9:14

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 2:12-cr-321-GMN-PAL |
| SHARRON CRABB, ) | |
| Defendant. ) | ORDER |

On April 16, 2013, the Court granted defendant Sharron Crabb's request for a new attorney (#44) and ordered new counsel appointed. Therefore;

IT IS HEREBY ORDERED that Randall J. Roske, Esq. is appointed as counsel for Sharron Crabb in place of Chris Aaron, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Aaron shall forward the file to Mr. Roske forthwith.

DATED this 18th day of April, 2013.

Nunc Pro Tunc Date: April 17, 2013.

PEGGY A. LEEN
United States Magistrate Judge