**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| )  Plaintiff, ) | |
| ) | |
| vs ) | **2:12-cr-00321-GMN-PAL** |
| ) | |
| SHARRON CRABB, ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |

**ORDER REQUIRING PAYMENT FOR APPOINTED COUNSEL**

Pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. 3006A, CJA panel attorney Randall J. Roske, Esq. was appointed as counsel for the above-named defendant at the Initial Appearance hearing held on November 12, 2015.

Based upon a review of the defendant's financial affidavit and other relevant inquiry, the Court finds that the defendant possesses financial resources sufficient to bear some of the cost of her representation, i.e., funds are available from or on behalf of the defendant for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation.  Accordingly, pursuant to the provisions of 18 U.S.C. 3006A(f),

1   IT IS ORDERED that the defendant shall reimburse the Treasury of the United States in the amount of $300.00 for the cost of her representation until the case has concluded.  Payment of **$300.00** shall be made payable to the **Clerk of the Court,** for deposit in the Treasury, **and is due not later than Friday, December 18, 2015.**

Dated this 18th day of November, 2015.

**NANCY J. KOPPE**
**UNITED STATES MAGISTRATE JUDGE**