Randall J. Roske, Esq.
400 Fourth, Suite 500
Las Vegas, Nevada 89101
Phone: (702) 386-0313
E-mail: randallroske@yahoo.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SHARRON CRABB, )<br>)<br>Defendant. )<br>_____) | Case No.: 2:12-cr-00321- GMN-PAL<br><br>STIPULATION TO CONTINUE<br>PROBATION REVOCATION HEARING |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Daniel G. Bogden, United States Attorney, and Pam Martin, Assistant United States Attorney, Counsel for the United States of America, and Randall Roske, Esquire, counsel for Defendant **SHARRON CRABB** that the hearing in the above-captioned matter, currently scheduled for April 5,2016 at the hour of 10:00 AM, be vacated and continued for a short time to a date convenient to the Court.

This stipulation is entered into for the following reasons:

1. Counsel for Defendant has a calendar conflict in his schedule for the current setting;

2. Defendant is out of custody and agrees to the continuance.

3. Counsel for the United States of America concurs with this request.

DATED this  1    day of April, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
UNITED STATES ATTORNEY

/s/                                              /s/
_____         _____
RANDALL ROSKE, ESQ.                Pam Martin, AUSA.
Counsel for Defendant                   Counsel for the Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>　　　　Plaintiff, )<br>)<br>vs. )<br>)<br>SHARRON CRABB, )<br>)<br>　　　　Defendant. ) | Case No.: 2:12-cr-00321- GMN-PAL<br><br>AMENDED<br>ORDER CONTINUING<br>REVOCATION HEARING |

　　　　Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby orders that:

　　　　**IT IS HEREBY ORDERED** that the revocation hearing in the above-captioned matter currently scheduled for April, 2016, at the hour of 10:00 a.m., be vacated and continued to the 14th day of  April  , 2016, at the hour of  11:30  a.m.

　　　　DATED this   2   day of April, 2016.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES JUDGE