DANIEL G. BOGDEN
United States Attorney
ANDREW W. DUNCAN
Assistant United States Attorney
501 Las Vegas Blvd S., Suite 1100
Las Vegas, Nevada 89101
702-388-6336
*Attorneys for United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 2:12-CR-321-GMN-PAL-2 |
| vs. | ) |
| SHARRON CRABB, | ) **Government's Motion To Unseal Addendum To Petition (ECF No. 115)** |
| Defendant. | ) |

This motion requests the unsealing of an Addendum to Petition (Probation Form 12) (ECF No. 115), dated January 21, 2016. The government requests that the Court unseal the Addendum so the document may be referenced in an appeal pending before the U.S. Court of Appeals for the Ninth Circuit.

On April 21, 2016, the Court held a revocation of probation hearing with respect to defendant Sharron Crabb. The basis for the hearing was a Petition (ECF No. 102), and an Addendum thereto (ECF No. 115), alleging that Crabb used marijuana and lied to her Probation officer. The Court unsealed the Petition on November 12, 2015 (ECF No. 106). It appears from the docket, however, that at the revocation hearing, neither Probation nor the parties requested that the Addendum be unsealed, as is typically requested.

At the revocation hearing, the Court referenced the allegations of both the unsealed Petition and the sealed Addendum. 06/30/16 Tr. at 20-21, 26-28 (ECF No. 132). Crabb admitted to violating the terms of her probation. *Id.* at 27-28. After considering the evidence and Crabb's admissions, the Court revoked probation and sentenced Crabb to three months of imprisonment. (ECF No. 126.) Crabb filed a notice of appeal on May 2, 2016.  (ECF No. 128.)

The government requests that the Court unseal the Addendum so that the government may reference it in its answering brief (due October 12, 2016), and so that the appellate court can easily access the document on CM/ECF. The other relevant revocation documents in this case were previously unsealed by the Court. *See, e.g.*, ECF Nos. 102 (Petition), 103 (Order). It appears that a request to unseal was inadvertently not made at the revocation hearing. Thus, the government requests that the Court enter an order unsealing the Addendum so that it may be referenced on appeal.

DATED this 6th day of October 2016.

DANIEL G. BOGDEN
United States Attorney

 /s/  Andrew W. Duncan
ANDREW W. DUNCAN
Assistant United States Attorney

**IT IS SO ORDERED.**
**DATED** this 13 day of October, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Government's Motion to Unseal Addendum to Petition** was filed and served via CM/ECF upon all counsel of record with the Clerk of the Court for the United States District Court, District of Nevada

Dated this 6th day of October 2016.

>               /s/ *Ashlin Brown*
>               Legal Assistant
>               U.S. Attorney's Office